IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

COREY SCHILDT and ASHLEY SCHILDT                               PLAINTIFFS

v.                          Civil No.2:16-CV-02218

CRAWFORD COUNTY SHERIFF'S                                       DEFENDANTS
OFFICE, DEPUTY SHERIFF BRANSON
PULE, GOVERNOR ASA HUTCHINSON,
PARKVIEW ELEMENTARY, PRINCIPAL
WOODS, DR. KERRY SCHNEIDER,
DEBBIE PIPPEN, LISA JENSEN, MAYOR
BOB FREEMEN, ALMA PRIMARY
SCHOOL, OFFICER TERRY
HUTCHINSON, CITY OF VAN BUREN,
SEBASTIAN COUNTY DCPS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 29th day of November, 2016.

/s/ P. K. Holmes, III

HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE