IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

COREY SCHILDT and ASHLEY SCHILDT                                    PLAINTIFFS

v.                          No. 2:16-cv-02218

CRAWFORD COUNTY SHERIFF'S OFFICE, et al                             DEFENDANT

**ORDER**

On this 3rd day of January 2017, come on for consideration the Report and Recommendation (Doc. 8) filed in this case on December 19, 2016 by Mark E. Ford, United States Magistrate Judge. The Report recommends that the motion for leave to appeal *in forma pauperis* (Doc. 7) be denied. More than fourteen (14) days have passed without objections being filed by the plaintiffs.

After careful review, the Court concludes that the findings and recommendations contained in the Report and Recommendation (Doc. 8) should be, and hereby are, approved and ADOPTED as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motion for leave to appeal *in forma pauperis* (Doc. 8) is DENIED. The Clerk is directed to provide notice to the parties and the Court of Appeals of this decision pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A).

IT IS SO ORDERED this 3rd day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE